373 A.2d 453

**COMMONWEALTH of Pennsylvania**

v.

**Donald TERRY, Appellant (three cases).**

Supreme Court of Pennsylvania.

Argued July 1, 1975.

Decided June 1, 1977.

Louis G. F. Retacco, Geo. W. Berkelbach, III, Nicholas A. Clemente, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Harry M. Spaeth, Jr., Philadelphia, for appellee.

### OPINION OF THE COURT

PER CURIAM:

The court being equally divided, the judgments of sentence are affirmed.

JONES, former C. J., took no part in the decision of this case.